Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of 500 cotton bags, containing Timothy seed, which are the usual coverings or containers for said seed, the claim of the plaintiffs was sustained.

**No. 61942.**—E. C. Carter & Son, Inc. *v.* United States, protests 68222–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the merchandise imported, or withdrawn from warehouse, prior to January 1, 1948, was held dutiable at 50 percent under paragraph 1529 (a), as modified by the trade agreement with France (T. D. 48346), and that imported, or withdrawn from warehouse, subsequent to said date was held dutiable at 35 percent under said paragraph, as modified by T. D. 51802.

### BEFORE THE THIRD DIVISION, MAY 16, 1958

**No. 61943.**—Fred Giesler *v.* United States, protests 189385–K and 189386–K (Nogales).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

**No. 61944.**—Empacadora y Refrigeradora de Coahuila, S. A. *v.* United States, protests 203783–K, 203784–K, and 203788–K (Laredo).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

**No. 61945.**—John Edgar Staren *v.* United States, protest 226637–K (Nogales).